**Terry J. BENDER, Petitioner–Appellant,**

v.

**Anne CARTER, Warden, Respondent–Appellee.**

No. 13–8007.

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2014.

Decided: April 1, 2014.

Terry J. Bender, Appellant Pro Se. Helen Campbell Altmeyer, Jarod James Douglas, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry J. Bender, a federal prisoner, appeals the district court's orders adopting the magistrate judge's report and recommendation, denying relief on his 28 U.S.C. § 2241 (2012) petition and denying his motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Bender v. Carter*, No. 5:12–cv–00165 (N.D.W. Va. Apr. 30, 2013; Oct. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*